C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Yekia Hite | ) | |
| | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | No: B-10-81258 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Standing Trustee's office has contacted the Debtors regarding delinquent payments and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.

Date: September 9, 2010                      s/Richard M. Hutson, II
RMH:ej                                                   Standing Trustee

---

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on October 7, 2010, at 12:00 p.m., at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: September 9, 2010                      OFFICE OF THE CLERK
                                                                    U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81258 C-13D**

Yekia Hite
831 Horton Rd.
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702